OPINION — AG — KEY WORDS: MUNICIPALITIES WITH THE STATE, TRANSPORTATION FACILITIES, EXECUTIVES AND ADMINISTRATIVE EMPLOYEES, LABOR ORGANIZATIONS, WAGES, SALARIES, HOURS, WORKING CONDITIONS PENSION OR RETIREMENT PROVISIONS, SICK LEAVE, BARGAINING AGENT, BARGAINING REPRESENTATIVE, TRANSIT AUTHORITY, SENIORITY, BARGAIN COLLECTIVELY, COLLECTIVE BARGAINING, LABOR DISPUTE (OPINION) — SENATE BILL NO. 470 IS UNCONSTITUTIONAL. CITE: ARTICLE IV, SECTION 1 (BURCK BAILEY)